

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

_____

*401 Market Street, 4th Floor*                              *856-757-5026*
*Camden, New Jersey 08101*

December 22, 2025

<u>Via CM/ECF</u>                          <u>Via CM/ECF</u>
The Honorable Edward S. Kiel          The Honorable Stanley R. Chesler
United States District Judge          United States District Judge
District of New Jersey                District of New Jersey
Camden, New Jersey 08101              Newark, New Jersey 07101

      Re:   *United States v. Derek Spivey*, 21-CR-666 (SRC)
             *United States v. Derek Spivey*, 25-CR-801 (ESK)

Dear Judges Kiel and Chesler:

     On April 11, 2025, defendant Derek Spivey was charged in a one-count criminal complaint alleging a conspiracy to transport stolen goods, contrary to 18 U.S.C. § 2314, in violation of 18 U.S.C. § 371. *See* 25-mj-2031 (AMD). The complaint resulted in a three-count Petition for Summons or Warrant for Individual under Supervision (VOSR) in 21-CR-666 (SRC). Spivey has signed a plea agreement that will resolve both the pending complaint and the pending VOSR. The information to which Spivey has agreed to plead guilty was assigned to Judge Kiel, who previously accepted pleas from three of Spivey's co-conspirators. The parties jointly request that the pending VOSR in 21-CR-666 be transferred to Judge Kiel in the interests of judicial economy and so that Spivey is able to plead guilty in both matters during the same hearing.

                              Respectfully submitted,

                              TODD BLANCHE
                              U.S. Deputy Attorney General

                              PHILIP LAMPARELLO
                              Senior Counsel

                              */s/ Jeffrey B. Bender*
                            _____

              By:     Jeffrey B. Bender
                              Assistant U.S. Attorney

cc: Tom Young, Esq., Counsel to Spivey
    Michael L. Liebes, Senior U.S. Probation Officer